(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)



FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 NOV 25 PM 3:51

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

Case No.  2  20CV6066

Judge Sargus

EDWIN A. SOBONY II

MAGISTRATE JUDGE DEAVERS

**vs.**

MEGAN J. BRENNAN
POSTMASTER GENERAL
UNITED STATES POSTAL SERVICE
EASTERN AREA Agency
**Defendants(s)**

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested.  No application will be considered until it is fully completed.**

**I.  Are you employed?**                    Yes ✓        No____
   **A.  If you answered "Yes":**
     (1) What is the name and address of your employer
      UNITED STATES POSTAL SERVICE
      445 Innes Ave
      Columbus, OH  43207
     (2) How much do you earn per month?
      5002. 24 / month

   **B.  If you answered "No"**
     (1) Have you ever been employed?        Yes____        No____
     If yes, what was the last year and month you were
     employed? _____
     How much did you earn a month?_____

**II. What is your marital status?**
   Single____        Married'____        Widowed____        Divorced ✓
   **A.  If you answered "Married":**
     (1) Is your spouse employed?  Yes____        No____
     If yes, how much does your spouse earn each month?
     $_____

**III.  Do you have any dependents?**        Yes ✓        No____
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|-------------|--------|
| ANTHONY SOBONY | SON | 350$/month |
| JACOB SOBONY | SON | 150$/month |
| AYDEN SOBONY | SON | 150$/month |

**IV.  Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**        Yes____        No ✓
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**V.** Do you have any cash on hand or money in a savings, checking, or other account?
Yes ✓   No____

    **A.** If you answered "Yes", state the combined total amount:
    $ __300.00__ .

**VI.** Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
Yes____   No ✓
    **A.** If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

**VII.** List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| BMI FCU/VISA | $ 175 | CAP. ONE | $ 125 |
| AEP | $ 175 | SPRINT | $ 215 |
| COLUMBIA GAS | $ 114 | Progressive | $ 204 |
| COLUMBUS WATER | $ 295 |  | $ |

**VIII.** State your address and telephone number where the Court can reach you.
2703 THORNDALE AVE
COLUMBUS, OH 43207

614 - 484 - 8548

I declare under penalty of perjury that the above information is true and correct.

11/9/2020
**Date**

**Signature of Applicant**

-3-