# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**EDWIN A. SOBONY, II,**

    **Plaintiff,**                Case No. 2:20-cv-6066
    v.                                JUDGE EDMUND A. SARGUS, JR.
                                      Chief Magistrate Judge Elizabeth P. Deavers

**MEGAN BRENNAN, et al.,**

    **Defendants.**

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Chief Magistrate Judge on November 30, 2020. (ECF No. 3). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DENIES** Plaintiff's Motion for Leave to Proceed *in forma pauperis*, (ECF No. 1), and **ORDERS** Plaintiff to pay the full filing fee of $400.00 within **FOURTEEN (14) DAYS** of the issuance of this order if he wishes to proceed.

    IT IS SO ORDERED.


**1/11/2021**                                              **s/Edmund A. Sargus, Jr.**
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**