**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**EDWIN A. SOBONY, II.,**

    **Plaintiff,**                       Case No. 2:20-cv-6066
    v.                                JUDGE EDMUND A. SARGUS, JR.
                                       Chief Magistrate Judge Elizabeth P. Deavers

**MEGAN BRENNAN, et al.,**

    **Defendants.**

## ORDER

On January 11, 2021, this Court ordered pro se Plaintiff Edwin A. Sobony, II., to pay the $400 filing fee within 14 days of that order if he wished to proceed with his case. (ECF No. 4). That time has now expired, and Plaintiff has not payed the required fee. Accordingly, this case is **DISMISSED**. The Clerk is directed to close the case.

    IT IS SO ORDERED.


**1/29/2021**                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                       **EDMUND A. SARGUS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**